United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIANA DIANA CAMARENA,<br><br>Plaintiff,<br><br>v.<br><br>WALMART Inc, et al.,<br><br>Defendants. | Case No. 25-cv-07751-NW<br><br>**ORDER GRANTING STIPULATION AS MODIFIED AMENDING CASE SCHEDULE**<br><br>Re: ECF No. 20 |

On April 24, 2026, the parties filed a stipulation to modify the case management and trial-setting order. ECF No. 20. The Court GRANTS the stipulation as modified and hereby AMENDS the previous schedule as shown below. Additionally, the parties are reminded that the Court is not inclined to alter the deadline to file dispositive and *Daubert* motions or the trial date.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [ ]  Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [x]  Private mediation<br>    [ ] Private arbitration<br>    [ ]  Other: | September 30, 2026 |
| Close of Fact Discovery | May 29, 2026 |
| Opening Expert Reports | June 12, 2026 |
| Rebuttal Expert Reports | June 26, 2026 |
| Close of Expert Discovery | July 10, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: July 10, 2026<br>**Responses**: July 24, 2026<br>**Replies**: July 31, 2026 |

| Scheduled Event | Date |
| --- | --- |
| Hearing on Dispositive and *Daubert* Motions | September 2, 2026 at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | September 30, 2026 |
| Final Pretrial Conference | October 14, 2026 at 2:00 p.m. |
| Trial | November 2, 2026 at 9:00 a.m. |
| Length of trial | 3 days |

**IT IS SO ORDERED.**

Dated: April 29, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California

2